# EXHIBIT B

Case 2:22-cv-01640-AB-MRW   Document 1-2   Filed 03/12/22   Page 2 of 2   Page ID #:23

