HOLLAND & HART LLP
Gregory M. Saylin (SBN 185328)
gmsaylin@hollandhart.com
222 South Main, Suite 2200
Salt Lake City, UT 84101
Telephone: 801.799.5800

HOLLAND & HART LLP
Emily J. Cross (SBN 313089)
ejcross@hollandhart.com
401 North 31st Street, Suite 1500
Billings, MT 59101
Telephone: 406.896.4617

*Attorneys for Plaintiff Halston Thayer*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Halston Thayer,<br><br>             Plaintiff,<br>     v.<br><br>Matt Furie; Chain/Saw LLC; and PegzDAO,<br><br>             Defendants. | Case No. 2:22-cv-01640<br><br>**STIPULATED MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Halston Thayer ("Plaintiff") and Defendants Matt Furie, Chain/Saw LLC, and PegzDAO ("Defendants," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly move the Court for an order dismissing Plaintiff's Complaint and any and all claims made therein with prejudice and in their entirety, with each party to bear its own attorney's fees, costs, and expenses incurred relative to this action. A proposed Order is submitted herewith.

| | | |
|---|---|---|
| Dated:  August 22, 2022 | | HOLLAND & HART, LLP |

*/s/ Gregory M. Saylin*
Gregory M. Saylin
Emily J. Cross

*Attorneys for Defendant Halston Thayer*

Dated:  August 22, 2022                MAURIEL KAPOUYTIAN WOODS LLP

*/s/ Sherman Kahn (with permission)*
Sherman Kahn
Alfred David Steiner
Jason Bartlett

*Attorney for Defendants Matt Furie, Chain/Saw LLC, and PegzDAO*

19649327